IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLI FLOREK,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>CREIGHTON UNIVERSITY, KATIE WADAS-THALKEN, RHONDA JONES a/k/a RHONDA REESON and MARYANN SKRABAL,<br><br>　　　　　*Defendants*. | Civil Action No. 8:22-cv-00194-MDN |

# NOTICE OF SERVICE OF PLAINTIFF'S DISCOVERY REQUEST

Counsel for Plaintiff states that on the 4th day of October, 2022, Plaintiff served a copy of the following:

- Plaintiff's First Set of Interrogatories to Defendant Creighton University;
- Plaintiff's First Set of Interrogatories to Defendant Katie Wadas-Thalken;
- Plaintiff's First Set of Interrogatories to Defendant Rhonda Jones a/k/a Rhonda Reeson;
- Plaintiff's First Set of Interrogatories to Defendant MaryAnn Skrabal; and
- Plaintiff's First Set of Request for Production of Documents to Defendant Creighton University

by email transmission and by depositing copies of same in the U.S. Mail at Las Vegas, Nevada, postage fully prepaid, addressed to counsel for Defendants as follows:

Scott Parrish Moore
Leigh Campbell Joyce
Baird Holm LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
Telephone: 402-344-0500
Emails: spmoore@bairdholm.com
lcampbell@bairdholm.com

DATED this 4th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　*/s/ Jason J. Bach*
　　　　　　　　　　　　　　　　　　　　　Jason J. Bach

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following counsel of record:

Scott Parrish Moore<br>
Leigh Campbell Joyce<br>
Baird Holm LLP<br>
1700 Farnam Street, Suite 1500<br>
Omaha, NE 68102-2068<br>
Telephone: 402-344-0500<br>
Emails: spmoore@bairdholm.com<br>
lcampbell@bairdholm.com

                                             */s/ Jason J. Bach*
                                             Jason J. Bach