**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

_____

KELLI FLOREK,

               Plaintiff,

v.

CREIGHTON UNIVERSITY, KATIE
WADAS-THALKEN, RHONDA JONES
a/k/a RHONDA REESON and MARYANN
SKRABAL,

               Defendants.

_____

CASE NO. 8:22-cv-00194-MDN

**NOTICE OF INTENT TO SERVE**
**SUBPOENAS DUCES TECUM**

**TO:**   **Plaintiff, Kelli Florek in care of her attorney, Jason J. Bach**

      Defendants Creighton University, Katie Wadas-Thalken, Rhonda Jones, and

Maryann Skrabal, by and through their attorneys of record, hereby serves notice that they

will serve a Subpoena Duces Tecum on or about February 23, 2023[1], to each of the

following:

      Gregory Harmon, RPh
      **Kamehameha Pharmacy, LLC**
      54-3877 Akoni Pule Hwy
      Kapaau, HI 96755

      Dr. Linda Rayner
      **HMSA's Online Care**
      Care on Demand
      1993 S. Kihei Rd., Ste. 216
      Kihei, HI 96753

      Brian Adams, NP
      **Hi-Desert Medical Center**
      6601 White Feather Road
      Joshua Tree, CA 92252

---

[1]  Defendants' counsel has conferred with Plaintiff's counsel and Plaintiff's counsel has agreed to waive the advanced notice requirement.

Natalie K. Kong, MD
Jennifer Hashimoto
Lokenani Souza, APRN-RX
Darrin J. Kuczynski MD
Kimberly Schueler, APRN-RX
**North Hawaii Community Hospital Primary Care Clinic**
67-1267 Kawaihae Road
Kamuela, Hawaii 96743

Doug Hiller, MD
**Orthopedic Associates**
**North Hawaii Community Hospital Primary Care Clinic**
67-1267 Kawaihae Road
Kamuela, Hawaii 96743

**Allan Wang, MD**
75-166 Kalani St #204
Kailua-Kona, HI 96740

commanding them to produce the items listed on the relevant exhibits to the Subpoenas (which will be sent to Plaintiff's counsel).

The responsive documents can be produced in person to Baird Holm LLP on March 15, 2023 at 10:00 a.m.  **In lieu of hand delivery, responsive documents may be mailed to Baird Holm LLP, Attn: Leigh Campbell Joyce, 1700 Farnam St, Ste. 1500, Omaha, NE 68102 or emailed to lcampbell@bairdholm.com on or before March 15, 2023.**

Dated this 22nd day of February, 2023.

                               CREIGHTON UNIVERSITY, KATIE WADAS-THALKEN, RHONDA JONES A/K/A RHONDA REESON AND MARYANN SKRABAL, Defendants,

                               By:   /s/Leigh Campbell Joyce
                                          Scott Parrish Moore (NE# 20752)
                                          Leigh Campbell Joyce (NE# 26218)
                               of   BAIRD HOLM LLP
                                          1700 Farnam Street
                                          Suite 1500
                                          Omaha, NE  68102-2068
                                          Phone: 402-344-0500
                                          lcampbell@bairdholm.com
                                          spmoore@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

         Jason J. Bach
         jbach@bachlawfirm.com

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

         None.

                                           /s/ Leigh Campbell Joyce

DOCS/2909349.2