**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **KELLI FLOREK,** | **8:22CV194** |
| **Plaintiff,** | |
| vs. | **TRIAL SETTING ORDER** |
| **CREIGHTON UNIVERSITY, KATIE WADAS-THALKEN, RHONDA JONES, and MARYANN SKRABAL,** | |
| **Defendants.** | |

This matter is before the Court following a planning conference held with counsel for the parties on January 24, 2024, before the undersigned magistrate judge. In accordance with the matters discussed during the planning conference and for good cause shown,

**IT IS ORDERED:**

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **March 25, 2024**.

2) The deadline for filing motions to dismiss and motions for summary judgment is extended to **May 3, 2024**.

3) The deadline for filing motions to exclude testimony on *Daubert*[1] and related grounds is extended to **May 3, 2024**.

4) The Final Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **October 15, 2024**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on October 8, 2024**.

5) The jury trial of this case is set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **8:30 a.m.** on **November 19, 2024**, or as soon thereafter as the case may be called, for a duration of **five (5)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

---

[1] The parties have indicated that they do not intend to file *Daubert* related motions.

6)      Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than twenty-eight (28) days before trial.

Dated this 24th day of January, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge