FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 NOV 25 PM 5:06
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KELLI FLOREK,

    Plaintiff,

vs.

CREIGHTON UNIVERSITY, RHONDA JONES, and MARYANN SKRABAL,

    Defendants.

8:22CV194

**VERDICT FORM**

1. On the claim of Kelli Florek that Creighton intentionally retaliated against her for complaining she was being harassed or discriminated against on the basis of disability, as submitted in **Instruction No. 26**, we find in favor of:

    _____Creighton University_____

    (Kelli Florek or Creighton University)

2. On the claim of Kelli Florek that Creighton University tortiously interfered with a contract between Kelli Florek and Gregory Harmon, as submitted in **Instruction No. 28**, we find in favor of:

    _____Creighton University_____

    (Kelli Florek or Creighton University)

3. On the claim of Kelli Florek that Rhonda Jones a/k/a Rhonda Reeson tortiously interfered with a contract between Kelli Florek and Gregory Harmon, as submitted in **Instruction No. 28**, we find in favor of:

    _____Rhonda Jones_____

    (Kelli Florek or Rhonda Jones a/k/a Rhonda Reeson)

4. On the claim of Kelli Florek that Maryann Skrabal tortiously interfered with a contract between Kelli Florek and Gregory Harmon, as submitted in **Instruction No. 28**, we find in favor of:

   _Maryann Skrabal_
   (Kelli Florek or Maryann Skrabal)

**If you find in favor of Kelli Florek** as to Question 1 proceed to Question 5.

**If you find in favor of Kelli Florek** as to Question 2, 3, or 4 proceed to Question 6.

**If you find in favor of the Defendants on all claims,** then do not complete Questions 5 and 6.

5. We find Plaintiff's damages on her claim that Creighton University retaliated against her to be:

   $_____
   (stating the amount of damages or, if none, write the word "None")

6. We find Plaintiff's damages on her claim that Creighton University Rhonda Jones a/k/a Rhonda Reeson, and Maryann Skrabal tortiously interfered with a contract between Kelli Florek and Gregory Harmon to be:

   $_____
   (stating the amount of damages or, if none, write the word "None")

Foreperson: _____

Dated: _11/25/24_