IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLI FLOREK,<br><br>          Plaintiff,<br><br>vs.<br><br>CREIGHTON UNIVERSITY, KATIE WADAS-THALKEN, RHONDA JONES a/k/a RHONDA REESON, and MARYANN SKRABAL,<br><br>          Defendants. | 8:22CV194<br><br>JUDGMENT |

In accordance with the Court's order granting partial summary judgment (Filing No. 76), the jury verdict (Filing No. 124), and the Court's order granting judgment as a matter of law in part (Filing No. 128), Judgment is hereby entered in favor of Defendants, Creighton University, Katie Wadas-Thalken, Rhonda Jones, and Mayann Skrabal, and against Plaintiff Kelli Florek.

Dated this 18th day of December, 2024.

                                                                       BY THE COURT:

                                                                         s/ Joseph F. Bataillon
                                                                         Senior United States District Judge