IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLI FLOREK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CREIGHTON UNIVERSITY, KATIE WADAS-THALKEN, RHONDA JONES a/k/a RHONDA REESON and MARYANN SKRABAL,<br><br>　　　　Defendants. | CASE NO. 8:22-cv-00194-JFB-MDN<br><br>**DEFENDANT NOTICE OF DEPOSITION OF PLAINTIFF** |

**EXHIBIT A**

　　　　Pursuant to Federal Rule of Civil Procedure 30(b), Defendant Creighton University ("Defendant") hereby gives notice to Plaintiff, Kelli Florek, that Defendant will take the video deposition of **Plaintiff, Kelli Florek** beginning at **9:00 a.m. (CST) on Tuesday, May 23, 2023**, at the offices of Baird Holm, LLP, 1700 Farnam Street, Suite 1500, Omaha, Nebraska 68102. The deposition may be continued from day to day until completed and will be recorded by video and stenographical means.

Dated this 20th day of April, 2023.

                              CREIGHTON UNIVERSITY, Defendant,

                              By:   /s/ Scott P. Moore
                                  Scott Parrish Moore (NE# 20752)
                                  Leigh Campbell Joyce (NE# 26218)
                          of    BAIRD HOLM LLP
                                  1700 Farnam Street
                                  Suite 1500
                                  Omaha, NE  68102-2068
                                  Phone: 402-344-0500
                                  spmoore@bairdholm.com
                                  lcampbell@bairdholm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of April, 2023, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Jason J. Bach
    jbach@bachlawfirm.com

                                          /s/Scott P. Moore

DOCS/2962225.1

2