# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 655285 | 3/29/2024 | 526067 |
| Job Date | Case No. | |
| 3/8/2024 | 8:22-CV-00194-JFB-MDN | |

| Client and Case Name |
|---|
| Baird Holm, LLP - Florek -v- Creighton University, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**Planet Depos**
*We Make It Happen*

Client:
Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

**EXHIBIT B**

VIDEOCONFERENCING SERVICES:
   Kelli Florek - MVC
      Mobile Videoconference - 2 Hour Minimum     1.00     295.00
      Mobile Videoconference - Subsequent Hour(s)     1.50 Hours     148.50
      Mobile Videoconference - Subsequent Hour - After Hour     5.50 Hours     825.00

**TOTAL DUE   >>>     $1,268.50**
AFTER 4/28/2024  PAY     $1,331.93

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

Invoice No.    : 655285
Invoice Date   : 3/29/2024
**Total Due**      : **$1,268.50**
AFTER 4/28/2024  PAY  $1,331.93

Job No.      : 526067
BU ID        : *21-OOT
Case No.     : 8:22-CV-00194-JFB-MDN
Case Name    : Florek -v- Creighton University, et al.

Remit To:  **Planet Depos, LLC
P.O. BOX 791571
Baltimore, MD 21279-1571**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 653874 | 3/29/2024 | 526067 |
| **Job Date** | **Case No.** | |
| 3/8/2024 | 8:22-CV-00194-JFB-MDN | |
| **Client and Case Name** | | |
| Baird Holm, LLP - Florek -v- Creighton University, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
    Kelli Florek - VIDEO

| | | | |
|---|---|---|---|
| Set-up and 1st hour | 1.00 | | 395.00 |
| Subsequent Hours | 2.00 | Hours | 300.00 |
| Subsequent Hours - After Hour(s) | 5.50 | Hours | 1,237.50 |
| Synchronization | 8.00 | Hours | 400.00 |
| Video Upload/Archive | 1.00 | | 49.00 |
| **TOTAL DUE   >>>** | | | **$2,381.50** |
| AFTER 4/28/2024  PAY | | | $2,500.58 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:**  ▆▆▆▆▆▆▆

*Please detach bottom portion and return with payment.*

Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

Invoice No.      : 653874
Invoice Date    : 3/29/2024
**Total Due**      : **$2,381.50**
AFTER 4/28/2024  PAY  $2,500.58

Remit To:   **Planet Depos, LLC**
            **P.O. BOX 791571**
            **Baltimore, MD 21279-1571**

Job No.        : 526067
BU ID          : *21-OOT
Case No.      : 8:22-CV-00194-JFB-MDN
Case Name  : Florek -v- Creighton University, et al.

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 653873 | 3/29/2024 | 526067 |
| Job Date | Case No. | |
| 3/8/2024 | 8:22-CV-00194-JFB-MDN | |
| **Client and Case Name** | | |
| Baird Holm, LLP - Florek -v- Creighton University, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**Planet Depos — We Make It Happen™**

Client:
Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

TRANSCRIPT WITH INDEX OF:
| | | | | |
|---|---|---|---|---|
| Kelli Florek | | 362.00 | Pages | 1,987.38 |
| Attendance | | 1.00 | | 195.00 |
| Evening Attendance | | 1.00 | | 195.00 |
| Exhibits | | 451.00 | Pages | 248.05 |
| Processing Fee | | 1.00 | | 49.00 |

TOTAL DUE   >>>   $2,674.43
AFTER 4/28/2024  PAY   $2,808.15

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

| | |
|---|---|
| Invoice No. | : 653873 |
| Invoice Date | : 3/29/2024 |
| **Total Due** | : **$2,674.43** |

AFTER 4/28/2024  PAY  $2,808.15

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 526067 |
| BU ID | : *21-OOT |
| Case No. | : 8:22-CV-00194-JFB-MDN |
| Case Name | : Florek -v- Creighton University, et al. |



1700 Farnam Street  
Suite 1500  
Omaha, Nebraska 68102-2068

US Bank  
Farnam at Seventeenth  
Omaha NE 68102 US

**Check No: 320398**

DATE: 04/08/2024

PAY <u>SIX THOUSAND THREE HUNDRED TWENTY-FOUR AND 43/100 DOLLARS</u> ***

$ ***6,324.43***  
Baird Holm LLP - Operating Account

TO THE ORDER OF

**Planet Depos**  
P.O. Box 791571  
Baltimore, MD 21279-1571

Void after 90 days

Baird Holm LLP - Operating Account  
Payee ID: 2665839  
Payee: Planet Depos

Check #: 320398  
Check Date: 04/08/2024

| **Invoice Date** | **Invoice Number** | **Invoice Description** | **Amount Paid** |
| --- | --- | --- | --- |
| March 29, 2024 | 653873 | C8229.00342/Transcript of Kelli Florek Deposition | $2,674.43 |
| March 29, 2024 | 653874 | C8229.00342/Kelli Florek Videography Services | $2,381.50 |
| March 29, 2024 | 655285 | C8229.00342/Kelli Florek Video Conferencing | $1,268.50 |
| | | **Total:** | **$6,324.43** |