# I N V O I C E

1 of 1



**EXHIBIT C**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16020 | 12/15/2023 | 12434 |
| **Job Date** | **Case No.** ||
| 12/5/2023 | 8:22-CV-00194-MDN ||
| **Case Name** |||
| Kelli Florek vs Creighton University, Katie Wadas-Thalken, Rhonda Jones et al |||
| **Payment Terms** |||
| Due upon receipt |||

Scott Moore
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Maryann Skrabal                                                                 382.55

          TOTAL DUE   >>>          **$382.55**
          AFTER 1/14/2024   PAY          $394.03

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
           No set address
           Remote Location, NE

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

***To pay online, go to https://pikereporting.com/make-a-payment. Pike Reporting accepts all major credit cards.***

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Scott Moore
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

Invoice No.    : 16020
Invoice Date   : 12/15/2023
**Total Due**     : **$382.55**

AFTER 1/14/2024   PAY   $394.03

Job No.       : 12434
BU ID         : GPlains C
Case No.      : 8:22-CV-00194-MDN
Case Name     : Kelli Florek vs Creighton University, Katie
               Wadas-Thalken, Rhonda Jones et al

Remit To:   **Great Plains Reporting Company**
           **410 17th Street**
           **Suite 1350**
           **Denver, CO 80202**



| | | |
|---|---|---|
| 1700 Farnam Street<br>Suite 1500<br>Omaha, Nebraska 68102-2068 | US Bank<br>Farnam at Seventeenth<br>Omaha NE 68102 US | **Check No: 319165**<br>DATE: 12/21/2023 |

PAY <u>ONE THOUSAND FORTY-TWO AND 80/100 DOLLARS \*\*\*</u>

$ \*\*\*1,042.80\*\*\*
Baird Holm LLP  - Operating Account

TO THE ORDER OF

Pike Reporting Company dba Great Plains Reporting
410 17th Street
Suite 1350
Denver, CO 80202

Void after 90 days

Baird Holm LLP  - Operating Account
Payee ID:  2669820

Payee:  Pike Reporting Company dba Great Plains Reporting

Check #: 319165
Check Date: 12/21/2023

| **Invoice Date** | **Invoice Number** | **Invoice Description** | **Amount Paid** |
|---|---|---|---|
| December 15, 2023 | 16020 | C8229.00342/CERTIFIED COPY OF TRANSCRIPT OF: Maryann Skrabal | $382.55 |

Total:    $1,042.80