# I N V O I C E

1 of 1



**EXHIBIT D**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16331 | 1/5/2024 | 12530 |
| Job Date | Case No. | |
| 12/20/2023 | 8:22-CV-00194-MDN | |
| Case Name | | |
| Kelli Florek vs Creighton University, Katie Wadas-Thalken, Rhonda Jones et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Scott Moore, Esq.
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Katie Wadas-Thalken     224.40

   **TOTAL DUE   >>>**     **$224.40**
   AFTER 2/4/2024 PAY     $231.13

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
   No set address
   Remote Location, NE

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

***To pay online, go to https://pikereporting.com/make-a-payment. Pike Reporting accepts all major credit cards.***

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Scott Moore, Esq.
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

Invoice No.   : 16331
Invoice Date  : 1/5/2024
**Total Due**     : **$224.40**
AFTER 2/4/2024  PAY  $231.13

Remit To: **Great Plains Reporting Company**
        **410 17th Street**
        **Suite 1350**
        **Denver, CO 80202**

Job No.    : 12530
BU ID      : GPlains C
Case No.   : 8:22-CV-00194-MDN
Case Name  : Kelli Florek vs Creighton University, Katie
         Wadas-Thalken, Rhonda Jones et al



1700 Farnam Street
Suite 1500
Omaha, Nebraska 68102-2068

US Bank
Farnam at Seventeenth
Omaha NE 68102 US

**Check No: 319349**

DATE: 01/11/2024

PAY TWO HUNDRED TWENTY-FOUR AND 40/100 DOLLARS ***

$ ***224.40***
Baird Holm LLP - Operating Account

TO THE ORDER OF

Pike Reporting Company dba Great Plains Reporting
410 17th Street
Suite 1350
Denver, CO 80202

Void after 90 days

Baird Holm LLP - Operating Account
Payee ID: 2669820

Payee: Pike Reporting Company dba Great Plains Reporting

Check #: 319349
Check Date: 01/11/2024

| Invoice Date | Invoice Number | Invoice Description | Amount Paid |
|---|---|---|---|
| January 5, 2024 | 16331 | C8229.00342/Transcript services | $224.40 |
| | | **Total:** | **$224.40** |