

**EXHIBIT E**

| | **I N V O I C E** | 1 of 1 |
|---|---|---|
| **Invoice No.** | **Invoice Date** | **Job No.** |
| 16786 | 2/5/2024 | 13002 |
| **Job Date** | **Case No.** | |
| 1/23/2024 | 8:22-CV-00194-MDN | |
| **Case Name** | | |
| Kelli Florek vs Creighton University, Katie Wadas-Thalken, Rhonda Jones et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Scott Moore, Esq.
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Rhonda Jones                                                                 332.40

              **TOTAL DUE   >>>**        **$332.40**
              AFTER 3/6/2024  PAY         $342.37

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                   No set address
                   Remote Location, NE

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

***To pay online, go to https://pikereporting.com/make-a-payment. Pike Reporting accepts all major credit cards.***

                               ( - ) Payments/Credits:          0.00
                               (+) Finance Charges/Debits:     9.97
                               (=) **New Balance:**           **$342.37**

**Tax ID:** ■■■■■■■

                        *Please detach bottom portion and return with payment.*

Scott Moore, Esq.
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

Invoice No.    : 16786
Invoice Date   : 2/5/2024
**Total Due**  : **$342.37**

Job No.    : 13002
BU ID      : GPlains C
Case No.   : 8:22-CV-00194-MDN
Case Name  : Kelli Florek vs Creighton University, Katie
           Wadas-Thalken, Rhonda Jones et al

Remit To: **Great Plains Reporting Company**
         **410 17th Street**
         **Suite 1350**
         **Denver, CO 80202**



**BAIRD HOLM LLP**
ATTORNEYS AT LAW

1700 Farnam Street
Suite 1500
Omaha, Nebraska 68102-2068

US Bank
Farnam at Seventeenth
Omaha NE 68102 US

**Check No: 322722**

DATE: 10/11/2024

PAY THREE HUNDRED FORTY-T**\*** O AND 37/100 DOLLARS **\***

Y**\*\***342**.**37**\*\***

Baird Holm LLP  - Operating Account

TO THE ORDER OF

Pike Reporting Company dba Great Plains Reporting
410 17th Street
Suite 1350
Denver, CO 80202

f oid a.ter 90 days

Baird Holm LLP  - Operating Account
Payee ID:  2669820

Payee:  Pike Reporting Company dba Great Plains Reporting

Check #: 322722
Check Date: 10/11/2024

| Invoice Date | Invoice Number | Invoice Description | Amount Paid |
|---|---|---|---|
| February 5, 2024 | 16786 | C8229J00342/Deposition o. Rhonda $ones | Y342.37 |

**Total:**         **$342.37**