IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EXHIBIT F

KELLI FLOREK,

    Plaintiff,

v.

CREIGHTON UNIVERSITY, KATIE WADAS-THALKEN, RHONDA JONES a/k/a RHONDA REESON and MARYANN SKRABAL,

    Defendants.

CASE NO. 8:22-cv-00194-JFB-MDN

**DEFENDANT'S SECOND AMENDED NOTICE TO TAKE VIDEO DEPOSITION OF GREG HARMON, RPH**

Pursuant to Federal Rule of Civil Procedure 30(b), Defendant Creighton University ("Defendant") hereby gives notice to Plaintiff, Kelli Florek, that Defendant will take the videotaped deposition of ***Greg Harmon, RPH*** remotely via Zoom video-conferencing beginning at ***10:00 a.m. (HST) / 2:00 p.m. (CST) on March 21, 2024***. Said testimony will be taken before an officer authorized to administer oaths and will be recorded by stenographic and video means and may be adjourned from day to day until completed. The deposition will be taken remotely by video conference using Zoom technology and be recorded by Planet Depos.

Dated this 15th day of February, 2024.

CREIGHTON UNIVERSITY, Defendant,

By:   /s/ *Scott P. Moore*
of
    Scott Parrish Moore (NE# 20752)
    Sarah Huyck (NE# 27046)
    BAIRD HOLM LLP
    1700 Farnam Street
    Suite 1500
    Omaha, NE 68102-2068
    Phone: 402-344-0500
    spmoore@bairdholm.com
    shuyck@bairdholm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of February, 2024, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Jason J. Bach
jbach@bachlawfirm.com

/s/*Scott P. Moore*

6286570.1