

**EXHIBIT G**

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 658053 | 4/10/2024 | 525668 |
| **Job Date** | **Case No.** | |
| 3/21/2024 | 8:22-CV-00194-JFB-MDN | |
| **Client and Case Name** | | |
| Baird Holm, LLP - Florek -v- Creighton University, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

VIDEOCONFERENCING SERVICES:
   Greg Harmon - MVC

| | | |
|---|---|---|
| Mobile Videoconference - 2 Hour Minimum | 1.00 | 295.00 |
| Mobile Videoconference - Subsequent Hour(s) | 1.00  Hours | 99.00 |
| **TOTAL DUE   >>>** | | **$394.00** |
| AFTER 5/10/2024  PAY | | $413.70 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

| | |
|---|---|
| Invoice No. | : 658053 |
| Invoice Date | : 4/10/2024 |
| **Total Due** | **: $394.00** |
| AFTER 5/10/2024  PAY  $413.70 | |

Remit To: **Planet Depos, LLC**
         **P.O. BOX 791571**
         **Baltimore, MD 21279-1571**

| | |
|---|---|
| Job No. | : 525668 |
| BU ID | : *21-OOT |
| Case No. | : 8:22-CV-00194-JFB-MDN |
| Case Name | : Florek -v- Creighton University, et al. |

# I N V O I C E



1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 656099 | 4/10/2024 | 525668 |
| **Job Date** | **Case No.** | |
| 3/21/2024 | 8:22-CV-00194-JFB-MDN | |
| **Client and Case Name** | | |
| Baird Holm, LLP - Florek -v- Creighton University, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
    Greg Harmon - VIDEO

| | | | |
|---|---|---|---|
| Set-up and 1st hour | 1.00 | | 395.00 |
| Subsequent Hours | 1.50 | Hours | 225.00 |
| Synchronization | 2.50 | Hours | 125.00 |
| Video Upload/Archive | 1.00 | | 49.00 |
| **TOTAL DUE   >>>** | | | **$794.00** |
| AFTER 5/10/2024  PAY | | | $833.70 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:**

*Please detach bottom portion and return with payment.*

Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

Invoice No.    : 656099
Invoice Date   : 4/10/2024
**Total Due**  : **$794.00**
AFTER 5/10/2024  PAY  $833.70

Remit To: **Planet Depos, LLC**
         **P.O. BOX 791571**
         **Baltimore, MD 21279-1571**

Job No.      : 525668
BU ID        : *21-OOT
Case No.     : 8:22-CV-00194-JFB-MDN
Case Name    : Florek -v- Creighton University, et al.



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 656097 | 4/10/2024 | 525668 |
| **Job Date** | **Case No.** | |
| 3/21/2024 | 8:22-CV-00194-JFB-MDN | |
| **Client and Case Name** | | |
| Baird Holm, LLP - Florek -v- Creighton University, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

TRANSCRIPT WITH INDEX OF:
  Greg Harmon                                120.00   Pages              660.00
     Attendance                                1.00                      195.00
     Exhibits                                 44.00   Pages               24.20
     Processing Fee                            1.00                       49.00

                              **TOTAL DUE   >>>**              **$928.20**
                              AFTER 5/10/2024  PAY              $974.61

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** ▓▓▓▓▓▓▓

*Please detach bottom portion and return with payment.*

Scott Parrish Moore, Esquire
Baird Holm, LLP
1700 Farnam Street
Woodmen Tower, Suite 1500
Omaha, NE 68102-2068

Invoice No.      : 656097
Invoice Date     : 4/10/2024
**Total Due**    : **$928.20**
AFTER 5/10/2024  PAY   $974.61

Remit To:  **Planet Depos, LLC**
           **P.O. BOX 791571**
           **Baltimore, MD 21279-1571**

Job No.     : 525668
BU ID       : *21-OOT
Case No.    : 8:22-CV-00194-JFB-MDN
Case Name   : Florek -v- Creighton University, et al.



**BAIRD HOLM LLP**
ATTORNEYS AT LAW

1700 Farnam Street
Suite 1500
Omaha, Nebraska 68102-2068

US Bank
Farnam at Seventeenth
Omaha NE 68102 US

**Check No: 320556**

DATE: 04/19/2024

PAY  TWO THOUSAND ONE HUNDRED SIXTEEN AND 20/100 DOLLARS ***

$ ***2,116.20***
Baird Holm LLP  - Operating Account

TO THE ORDER OF

Planet Depos
P.O. Box 791571
Baltimore, MD 21279-1571

Void after 90 days

Baird Holm LLP  - Operating Account
Payee ID:  2665839               Payee:  Planet Depos

Check #: 320556
Check Date: 04/19/2024

| Invoice Date | Invoice Number | Invoice Description | Amount Paid |
|---|---|---|---|
| April 10, 2024 | 656099 | C8229.00342/Greg Harmon Video | $794.00 |
| April 10, 2024 | 696097 | C8229.00342/Greg Harmon Depo | $928.20 |
| April 10, 2024 | 658053 | C8229.00342/Greg Harmon MVC | $394.00 |

**Total:**                **$2,116.20**