

**EXHIBIT H**

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17317 | 2/28/2024 | 13439 |
| Job Date | Case No. | |
| 2/15/2024 | 8:22-CV-00194-MDN | |
| **Case Name** | | |
| Kelli Florek vs Creighton University, Katie Wadas-Thalken, Rhonda Jones et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sarah M. Huych
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Denise Le Clair                                                                156.10

**TOTAL DUE   >>>         $156.10**
AFTER 3/29/2024  PAY         $160.78

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                  No set address
                  Remote Location, NE

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

***To pay online, go to https://pikereporting.com/make-a-payment. Pike Reporting accepts all major credit cards.***

**Tax ID:**  ███████

*Please detach bottom portion and return with payment.*

Sarah M. Huych
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

Invoice No.    : 17317
Invoice Date   : 2/28/2024
**Total Due**     : **$156.10**
AFTER 3/29/2024  PAY  $160.78

Remit To: **Great Plains Reporting Company**
         **410 17th Street**
         **Suite 1350**
         **Denver, CO 80202**

Job No.     : 13439
BU ID       : GPlains C
Case No.    : 8:22-CV-00194-MDN
Case Name   : Kelli Florek vs Creighton University, Katie
           Wadas-Thalken, Rhonda Jones et al



**Check No: 320031**

1700 Farnam Street
Suite 1500
Omaha, Nebraska 68102-2068

US Bank
Farnam at Seventeenth
Omaha NE 68102 US

DATE: 03/08/2024

PAY ONE HUNDRED FIFTY-SIX AND 10/100 DOLLARS ***

$ ***156.10***
Baird Holm LLP  - Operating Account

TO THE ORDER OF
Pike Reporting Company dba Great Plains Reporting
410 17th Street
Suite 1350
Denver, CO 80202

Void after 90 days

Baird Holm LLP  - Operating Account
Payee ID:  2669820

Payee:  Pike Reporting Company dba Great Plains Reporting

Check #: 320031
Check Date: 03/08/2024

| Invoice Date | Invoice Number | Invoice Description | Amount Paid |
|---|---|---|---|
| February 28, 2024 | 17317 | Court Reporter C8229.00342 | $156.10 |
|  |  | **Total:** | **$156.10** |

COPY