# INVOICE

1 of 1

 

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17484 | 3/8/2024 | 13644 |

| Job Date | Case No. | |
|---|---|---|
| 2/29/2024 | 8:22-CV-00194-MDN | |

| Case Name |
|---|
| Kelli Florek vs Creighton University, Katie Wadas-Thalken, Rhonda Jones et al |

| Payment Terms |
|---|
| Due upon receipt |

Sarah M. Huych
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Jacque Knedler

         186.05

**TOTAL DUE  >>>**    **$186.05**
AFTER 4/7/2024  PAY    $191.63

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
           No set address
           Remote Location, NE

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

***To pay online, go to https://yourdepositions.com/payment. Great Plains Reporting accepts all major credit cards.***

---

**Tax ID:** ████████

*Please detach bottom portion and return with payment.*

Sarah M. Huych
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

Invoice No.  : 17484
Invoice Date  : 3/8/2024
**Total Due**    : **$186.05**
AFTER 4/7/2024  PAY  $191.63

Remit To: **Great Plains Reporting Company**
         **410 17th Street**
         **Suite 1350**
         **Denver, CO 80202**

Job No.    : 13644
BU ID     : GPlains C
Case No.   : 8:22-CV-00194-MDN
Case Name  : Kelli Florek vs Creighton University, Katie
           Wadas-Thalken, Rhonda Jones et al

**BH | BAIRD HOLM** LLP
ATTORNEYS AT LAW
1700 Farnam Street
Suite 1500
Omaha, Nebraska 68102-2068

US Bank
Farnam at Seventeenth
Omaha NE 68102 US

**Check No: 320136**

DATE: 03/15/2024

PAY <u>ONE HUNDRED EIGHTY-SIX AND 05/100 DOLLARS ***</u>

$ ***186.05***
Baird Holm LLP  - Operating Account

TO
THE
ORDER
OF

Pike Reporting Company dba Great Plains Reporting
410 17th Street
Suite 1350
Denver, CO 80202

Void after 90 days

Baird Holm LLP  - Operating Account
Payee ID: 2669820

Payee:  Pike Reporting Company dba Great Plains Reporting

Check #: 320136
Check Date: 03/15/2024

| <u>Invoice Date</u> | <u>Invoice Number</u> | <u>Invoice Description</u> | <u>Amount Paid</u> |
|---|---|---|---|
| March 8, 2024 | 17484 | Court Reporter Services C8229.00342 | $186.05 |
| | | **Total:** | **$186.05** |