# I N V O I C E

1 of 1



EXHIBIT J

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16941 | 2/7/2024 | 13003 |
| Job Date | Case No. | |
| 1/26/2024 | 8:22-CV-00194-MDN | |
| Case Name | | |
| Kelli Florek vs Creighton University, Katie Wadas-Thalken, Rhonda Jones et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Sarah M. Hyuch
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kelly Nystrom     163.40

**TOTAL DUE   >>>**   **$163.40**
AFTER 3/8/2024  PAY   $168.30

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
   No set address
   Remote Location, NE

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

***To pay online, go to https://pikereporting.com/make-a-payment. Pike Reporting accepts all major credit cards.***

**Tax ID:** ▉▉▉▉▉▉

*Please detach bottom portion and return with payment.*

Sarah M. Hyuch
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

Invoice No.   : 16941
Invoice Date  : 2/7/2024
**Total Due**   : **$163.40**
AFTER 3/8/2024  PAY  $168.30

Remit To: **Great Plains Reporting Company**
    **410 17th Street**
    **Suite 1350**
    **Denver, CO 80202**

Job No.      : 13003
BU ID        : GPlains C
Case No.     : 8:22-CV-00194-MDN
Case Name    : Kelli Florek vs Creighton University, Katie Wadas-Thalken, Rhonda Jones et al

**BH | BAIRD HOLM LLP**
ATTORNEYS AT LAW

1700 Farnam Street
Suite 1500
Omaha, Nebraska 68102-2068

US Bank
Farnam at Seventeenth
Omaha NE 68102 US

**Check No: 319710**

DATE: 02/09/2024

PAY <u>NINE HUNDRED EIGHTY-TWO AND 20/100 DOLLARS ***</u>

$ ***982.20***
Baird Holm LLP - Operating Account

TO THE ORDER OF

Pike Reporting Company dba Great Plains Reporting
410 17th Street
Suite 1350
Denver, CO 80202

Void after 90 days

---

Baird Holm LLP - Operating Account
Payee ID: 2669820

Payee: Pike Reporting Company dba Great Plains Reporting

Check #: 319710
Check Date: 02/09/2024

| Invoice Date | Invoice Number | Invoice Description | Amount Paid |
|---|---|---|---|
| February 7, 2024 | 16941 | C8229.00342/Certified Deposition Transcript | $163.40 |
| | | Total: | **$982.20** |