



EXHIBIT K

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15880 | 12/7/2023 | 12432 |
| Job Date | Case No. | |
| 11/29/2023 | 8:22-CV-00194-MDN | |

| Case Name |
|---|
| Kelli Florek vs Creighton University, Katie Wadas-Thalken, Rhonda Jones et al |

| Payment Terms |
|---|
| Due upon receipt |

Scott Moore
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Evan Robinson  177.90

**TOTAL DUE   >>>**  **$177.90**
AFTER 1/6/2024  PAY  $183.24

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
   No set address
   Remote Location, NE

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

***To pay online, go to https://pikereporting.com/make-a-payment. Pike Reporting accepts all major credit cards.***

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Scott Moore
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

Invoice No.   : 15880
Invoice Date  : 12/7/2023
**Total Due**     : **$177.90**
AFTER 1/6/2024  PAY  $183.24

Job No.    : 12432
BU ID      : GPlains C
Case No.   : 8:22-CV-00194-MDN
Case Name  : Kelli Florek vs Creighton University, Katie Wadas-Thalken, Rhonda Jones et al

Remit To:  **Great Plains Reporting Company**
    **410 17th Street**
    **Suite 1350**
    **Denver, CO 80202**

**BH | BAIRD HOLM LLP**
ATTORNEYS AT LAW

1700 Farnam Street
Suite 1500
Omaha, Nebraska 68102-2068

US Bank
Farnam at Seventeenth
Omaha NE 68102 US

**Check No: 319071**

DATE: 12/15/2023

PAY <u>ONE HUNDRED EIGHTY-THREE AND 24/100 DOLLARS \*\*\*</u>

$ \*\*\*183.24\*\*\*
Baird Holm LLP - Operating Account

TO THE ORDER OF

Pike Reporting Company dba Great Plains Reporting
410 17th Street
Suite 1350
Denver, CO 80202

Void after 90 days

Baird Holm LLP - Operating Account
Payee ID: 2669820

Payee: Pike Reporting Company dba Great Plains Reporting

Check #: 319071
Check Date: 12/15/2023

| Invoice Date | Invoice Number | Invoice Description | Amount Paid |
|---|---|---|---|
| December 7, 2023 | 15880 | C8229.00342/Certified Copy of Transcript | $183.24 |
| | | **Total:** | **$183.24** |