

| EXHIBIT L |
|---|

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16104 | 12/19/2023 | 12435 |
| **Job Date** | **Case No.** ||
| 12/8/2023 | 8:22-CV-00194-MDN ||
| **Case Name** |||
| Kelli Florek vs Creighton University, Katie Wadas-Thalken, Rhonda Jones et al |||
| **Payment Terms** |||
| Due upon receipt |||

Scott Moore
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Michael Monaghan                                                                                       200.65

**TOTAL DUE   >>>**                     **$200.65**
AFTER 1/18/2024  PAY                     $206.67

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                    No set address
                    Remote Location, NE

Terms are Net 30 days. Past due amounts will be charged a 3% late fee.

***To pay online, go to https://pikereporting.com/make-a-payment. Pike Reporting accepts all major credit cards.***

**Tax ID:** ▉▉▉▉▉▉

*Please detach bottom portion and return with payment.*

---

Scott Moore
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102

Invoice No.    : 16104
Invoice Date   : 12/19/2023
**Total Due**      : **$200.65**

AFTER 1/18/2024  PAY   $206.67

Remit To:  **Great Plains Reporting Company**
           **410 17th Street**
           **Suite 1350**
           **Denver, CO 80202**

Job No.     : 12435
BU ID       : GPlains C
Case No.    : 8:22-CV-00194-MDN
Case Name   : Kelli Florek vs Creighton University, Katie
              Wadas-Thalken, Rhonda Jones et al

**BH | BAIRD HOLM LLP**
ATTORNEYS AT LAW

1700 Farnam Street
Suite 1500
Omaha, Nebraska 68102-2068

US Bank
Farnam at Seventeenth
Omaha NE 68102 US

**Check No: 319165**

DATE: 12/21/2023

PAY <u>ONE THOUSAND FORTY-TWO AND 80/100 DOLLARS ***</u>

$ ***1,042.80***
Baird Holm LLP - Operating Account

TO THE ORDER OF

Pike Reporting Company dba Great Plains Reporting
410 17th Street
Suite 1350
Denver, CO 80202

Void after 90 days

Baird Holm LLP - Operating Account
Payee ID: 2669820

Payee: Pike Reporting Company dba Great Plains Reporting

Check #: 319165
Check Date: 12/21/2023

| Invoice Date | Invoice Number | Invoice Description | Amount Paid |
|---|---|---|---|
| December 19, 2023 | 16104 | C8229.00342/Certified Copy of Transcript | $200.65 |

**Total:** **$1,042.80**