IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLI FLOREK,<br><br>    Plaintiff,<br><br>vs.<br><br>CREIGHTON UNIVERSITY, KATIE WADAS-THALKEN, RHONDA JONES a/k/a RHONDA REESON, and MARYANN SKRABAL,<br><br>    Defendants. | 8:22-CV-194<br><br>TAXATION OF COSTS |

  Defendants Creighton University, Katie Wadas-Thalken, Rhonda Jones a/k/a Rhonda Reeson, and Maryann Skrabal filed a Bill of Costs (Filing No. 130) seeking $10,264.08 in taxable costs from Plaintiff Kelli Florek. Plaintiff has not objected, and the time in which to do so has now passed.

  Accordingly, costs will be taxed against Plaintiff in the amount of $10,264.08.

  Pursuant to the Bills of Costs Handbook, within seven days after the clerk taxes costs, a party may file a motion for review of the clerk's taxation. Unless otherwise ordered by the presiding judge, any motion requesting a review of the clerk's taxation and any accompanying brief, supporting evidence, and any response shall be filed in accordance with NECivR 7.1.

  Dated this 7th day of February 2025.

                       OFFICE OF THE CLERK:

                       *s/ Jacqueline J. Boesen*
                       Deputy Clerk