## UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
Clerk of Court

**Gabriela Acosta**
Chief Deputy Clerk

## Transmittal Sheet - Electronic Documents

To: Clerk, USCA, 8th Circuit, St. Louis, Missouri

From: Clerk, U.S. District Court, Omaha, Nebraska

Date: March 4, 2025

District Court No: 8:22-cv-00194-JFB

Appeal No: 25-01092

Style: Florek v. Creighton University et al

Transmitted herewith:

☒ **Electronic copy of** hearing transcripts:
    Motion to in Limine held November 15, 2024
    Jury Trial held November 18-22 and 25, 2024

Sincerely,

By:   s/ Mary Roundtree
      Deputy Clerk

cc: All Counsel

Received by:
_____

**\*\*\*Please note \*\*\***

Electronic copy of record. Do not return this record to the U.S. District Court of Nebraska when your case is closed.

Forms-Appeal-Letter-Transmittal_to_Circuit
Approved 12/22/14
Revised 04/15/16

#